UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Russell Blanchard,<br><br>           Plaintiff,<br>v.<br><br>IC System, Inc.; and DOES 1-10, inclusive,<br><br>           Defendant. | :<br>:<br>:<br>:<br>:<br>: Civil Action No.:  No.:10-1999 Sect. A MAG.4<br>:<br>:<br>:<br>:<br>:<br>: |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: September 13, 2010

                                              Respectfully submitted,

                                              PLAINTIFF, Russell Blanchard

                                              By:  /s/ Mary Marshall Smythe
                                                 Mary Marshall Smythe, Esq.
                                                 (Bar. No.: 27092)
                                                 77 West 85th Street, Apt. 6E
                                                 New York, NY 10024
                                                 Attorneys for Plaintiff

                                                 Of Counsel To:

                                                 LEMBERG & ASSOCIATES L.L.C.
                                                 1100 Summer Street, 3rd Floor
                                                 Stamford, CT 06905
                                                 Telephone: (203) 653-2250
                                                 Facsimile:  (877) 795-3666

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 13, 2010, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Eastern District of Louisiana Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                            By_/s/ Mary Marshall Smythe_____

                                              Mary Marshall Smythe